| | |
|---|---|
| STERLING A. BRENNAN (SBN 126019) | DON T. HIBNER, JR. (SBN #33444) |
| MORRISON & FOERSTER LLP | SHEPPARD, MULLIN, RICHTER & |
| 19900 MacArthur Boulevard, Twelfth Floor | HAMPTON LLP |
| Irvine, CA 92612 | 333 South Hope Street, 48th Floor |
| Telephone: (949) 251-7500 | Los Angeles, CA 90071-1448 |
| Facsimile: (949) 251-0900 | Telephone: (213) 620-1780 |
| | Facsimile: (213) 620-1398 |
| LARRY R. LAYCOCK | |
| DAVID R. TODD | DONALD R. HARRIS |
| R. PARRISH FREEMAN | DANIEL J. HURTADO |
| DAVID R. WRIGHT | JENNER & BLOCK |
| C. J. VEVERKA | One IBM Plaza |
| WORKMAN, NYDEGGER & SEELEY | Chicago, IL 60611-3608 |
| 60 East South Temple, Suite 1000 | Telephone: (312)222-9350 |
| Salt Lake City, UT 84111 | Facsimile: (312) 840-7645 |
| Telephone: (801) 533-9800 | |
| Facsimile: (801) 328-1707 | Attorneys for Plaintiff |
| | NOVAMONT S.p.A. |
| Attorneys for Defendant | |
| EARTHSHELL CORPORATION | |

FILED JUN 21 2001
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ENTERED
CLERK, U.S. DISTRICT COURT
JUN 2 5 2001
CENTRAL DISTRICT OF CALIFORNIA

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NOVAMONT S.p.A., | Case No. CV-00-3759 MRP |
| Plaintiff, | Judge Mariana R. Pfaelzer |
| v. | United States Courthouse |
| | Courtroom 12 |
| EARTHSHELL CORPORATION, | 312 North Spring Street |
| | Los Angeles, California 90012 |
| Defendant | |
| | **JOINT NOTICE OF PENDING SETTLEMENT AND STIPULATION TO STAY PROCEEDINGS** |

Plaintiff Novamont S.p.A. ("Novamont") and defendant EarthShell Corporation ("EarthShell"), by their attorneys, hereby notify the Court that, on June 15, 2001, the parties

Docketed
Copies / NTC Sent
JS-5/JS-6
JS-2/JS-3
CLSD

(111)

JOINT NOTICE OF PENDING SETTLEMENT
AND STIPULATION TO STAY PROCEEDINGS

JUN 25 2001

executed an Agreement in Principle that contemplates the dismissal of this action, including the Complaint and the defendant's Amended Counterclaim. The parties expect that the agreement will be finalized and closed within 45 days of the execution of the Agreement in Principle. Accordingly, the parties request that the Court enter an order staying all proceedings in this matter until July 30, 2001, by which time the parties expect to file a stipulation of dismissal.

Dated: June 16, 2001

JENNER & BLOCK, LLC
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

_____
Don T. Hibner, Jr.
Attorneys for Plaintiff
Novamont S.p.A.

Dated: June 19, 2001

WORKMAN, NYDEGGER & SEELEY
MORRISON & FOERSTER LLP

_____
Sterling A. Brennan
Attorneys for Defendant
EarthShell Corporation

IT IS SO ORDERED:

Dated: June 21, 2001

_____
The Honorable Mariana R. Pfaelzer
United States District Judge

-2-   JOINT NOTICE OF PENDING SETTLEMENT AND STIPULATION TO STAY PROCEEDINGS